IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Henry Bell, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PepsiCo, Inc.,

Defendant.

Case No. 7:23-cv-8600

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Henry Bell hereby dismisses without prejudice all claims against Defendant PepsiCo, Inc.

Dated: New York, New York
February 13, 2024

Respectfully submitted,

**GUCOVSCHI ROZENSHTEYN, PLLC.**

By:    /s/ *Adrian Gucovschi*
          Adrian Gucovschi

140 Broadway, Suite 4667
New York, NY 10005
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gr-firm.com

*Attorney for Plaintiff Jonas Hernandez*